### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 17-CV-01578** |
| **THE COMMONWEALTH OF PUERTO RICO** | **CHAPTER** |
| **DEBTOR** | |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Comes now, Juan Manuel Suárez Cobo, party in interest and tax payer, through the undersigned attorney and Law Firm, and very respectfully states and prays that the appearing party is represented by the undersigned firm in all judicial proceedings regarding this case pending before this Honorable Court.

**WHEREFORE**, it is respectfully prayed that the Master Address List be amended so as to permit future notices addressed to appearing party be also served upon the undersigned counsel at the following address:

**JUAN M. SUAREZ-COBO
LEGAL PARTNERS, PSC.
138 WINSTON CHURCHILL AVE., SUITE 316
SAN JUAN, P.R. 00926-6023
[suarezcobo@gmail.com](mailto:suarezcobo@gmail.com)**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to: Herman D. Bauer-Alvarez, Esq., in addition to any and all parties registered in this case to receive CM/ECF Notices. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, May 3, 2017

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Telephone: (787) 791-1818
Fax: (787) 791-4260

***/s/Juan M. Suárez Cobo***
**JUAN M. SUÁREZ COBO**
USDCPR 211010
suarezcobo@gmail.com
